IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. Bard, Inc.,
Pelvic Repair System Products Liability Litigation.
MDL No. 2187

Civil Action No.  2:17-cv-03990

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Gloria Ann Lastinger

2. Plaintiff Husband

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   Georgia

5. District Court and Division in which action is to be filed upon transfer from the MDL.

   USDC, Georgia Middle District Court, Albany

6. Defendants (Check Defendants against whom Complaint is made):

   (X) A.   C. R. Bard, Inc. ("Bard")

   ( ) B.   Sofradim Production SAS ("Sofradim")

   ( ) C.   Tissue Science Laboratories Limited ("TSL")

    ( ) D.    Ethicon, Inc.

    ( ) E.    Johnson & Johnson

    ( ) F.    American Medical Systems, Inc. ("AMS")

    ( ) G.    Boston Scientific Corporation

    ( ) H.    Mentor Worldwide LLC

    ( ) I.    Coloplast Corp.

    ( ) J.    Cook Incorporated

    ( ) K.    Cook Biotech, Inc.

    ( ) L.    Cook Medical, Inc.

    ( ) M.    Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

    ( ) N.    Neomedic International, S.L.

    ( ) O.    Neomedic, Inc.

    ( ) P.    Specialties Remeex International, S.L.

7. Basis of Jurisdiction

    (X)    Diversity of Citizenship

8.

    A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        ¶¶6-8

    B. Other allegations of jurisdiction and venue

    _____

9. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

    ( ) A.    The Align Urethral Support System;

    ( ) B.    The Align TO Urethral Support System;

() C.       The Avaulta Anterior BioSynthetic Support System;

() D.       The Avaulta Posterior BioSynthetic Support System;

() E.       The Avaulta Plus Anterior BioSynthetic Support System;

() F.       The Avaulta Plus Posterior BioSynthetic Support System;

() G.       The Avaulta Solo Anterior Synthetic Support System;

() H.       The Avaulta Solo Posterior Synthetic Support System;

() I.       The InnerLace BioUrethral Support System;

() J.       The Pelvicol Acellular Collagen Matrix;

() K.       The PelviLace BioUrethral Support System;

() L.       The PelviLace TO Trans-obturator BioUrethral Support System;

() M.       The PelviSoft Acellular Collagen BioMesh;

() N.       The Pelvitex Polypropylene Mesh;

() O.       The Uretex SUP Pubourethral Sling;

() P.       The Uretex TO Trans-obturator Urethral Support System;

() Q.       The Uretex TO2 Trans-obturator Urethral Support System; and

() R.       The Uretex TO3 Trans-obturator Urethral Support System.

(X) S.      Other: <u>C.R. Bard ALYTE Y-Mesh Graft</u>

10. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

() A.       The Align Urethral Support System;

() B.       The Align TO Urethral Support System;

() C.       The Avaulta Anterior BioSynthetic Support System;

() D.       The Avaulta Posterior BioSynthetic Support System;

() E.       The Avaulta Plus Anterior BioSynthetic Support System;

() F.        The Avaulta Plus Posterior BioSynthetic Support System;

() G.        The Avaulta Solo Anterior Synthetic Support System;

() H.        The Avaulta Solo Posterior Synthetic Support System;

() I.        The InnerLace BioUrethral Support System;

() J.        The Pelvicol Acellular Collagen Matrix;

() K.        The PelviLace BioUrethral Support System;

() L.        The PelviLace TO Trans-obturator BioUrethral Support System;

() M.        The PelviSoft Acellular Collagen BioMesh;

() N.        The Pelvitex Polypropylene Mesh;

() O.        The Uretex SUP Pubourethral Sling;

() P.        The Uretex TO Trans-obturator Urethral Support System;

() Q.        The Uretex TO2 Trans-obturator Urethral Support System; and

() R.        The Uretex TO3 Trans-obturator Urethral Support System.

(X) S.        Other: <u>C.R. Bard ALYTE Y-Mesh Graft</u>

11. Date of Implantation as to Each Product

<u>10/22/2013</u>

12. Hospital(s) where Plaintiff was implanted (including City and State)

<u>Emory University Hospital (Atlanta, Georgia)</u>

13. Implanting Surgeon(s)

<u>Dr. Gina M. Northington, M.D.</u>

14. Counts in the Master Complaint brought by Plaintiff(s)

(X) Count I

(X) Count II

- 5 -

(X) Count III

(X) Count IV

(X) Count V

(X) Count VI

( ) Count VII (by the Husband)

(X) Count VIII

( ) Other _____ (please state the facts supporting this Count in the

space immediately below)

Dated this 15th day of September, 2017.

*/s/ Douglass A. Kreis*
Attorney for Plaintiff Gloria Ann Lastinger
Douglass A. Kreis, Esq.
Florida Bar Number: 0129704
Bryan F. Aylstock, Esq.
Florida Bar Number: 78263
D. Renee Baggett, Esq.
Florida Bar Number: 0038186
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Fax:    (850) 916-7449
Email: dkreis@awkolaw.com
         baylstock@awkolaw.com
         rbaggett@awkolaw.com